# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BOBBY WEATHERTON

NO. 2023 KW 0479

**AUGUST 14, 2023**

---

In Re:     On motion of Bobby Weatherton, to dismiss, 23rd
           Judicial District Court, Parish of Ascension, No.
           24715.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **MOTION TO DISMISS APPLICATION FOR SUPERVISORY REVIEW
GRANTED IN PART AND DENIED IN PART.** Relator's motion to dismiss
the writ application is granted.  However, relator's request to
remand the matter to the district court is denied.

                         **PMc**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT